UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

"PRO-SE"
28 USC § 1915

-----------------------------------X

[Your Name], Snezana Stankovic
            Plaintiff,

COMPLAINT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 03 2012 ★
BROOKLYN OFFICE

- against -

[Insert Names], Robert-Jean Michael
NYS Office of Rent Administration
            Defendants.

-----------------------------------X

I. Parties:

Plaintiff Snezana Stankovic, resides at 1717 Putnam Ave, Ridgewood NY 11385

Defendant Robert Jean Michael, resides at 92-31 Union Hall St, Jamaica, NY 11433

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to 28 USC § 1915 "PRO-SE"

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]

Failure to enter/Retrieve Apt Registration Annual from Albany After R.P.I.E. Recorded as of 2001

IV. Remedy. State what relief, such as money damages, you seek from each defendant.

Apt 1L illegal occupant Quinna Williams and Widmark Lefort
- No Lease
- Defaulted 28.5k
- 5k Damages
Seeking

Date 6/28/12

Sign Your Name: Snezana Stankovic

Telephone Number (718) 497-1182

*In forma pauperis Pro-Se*
28 U.S.C. § 1915

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of NY

Snezana Stankovic
_____
Plaintiff

v.                          Civil Action No. CV-12-3223

Robert Jean-Michel
NYS Office of Rent Administration
_____
Defendant

## SUMMONS IN A CIVIL ACTION (Complaint)

To: *(Defendant's name and address)*

Robert Jean-Michel
NYS Office of Rent administration
92-31 Union Hall St.
Jamaica, NY 11433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: (Plaintiff)

Queens (4)
3460
47

Snezana Stankovic
1717 Putnam Avenue
Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Grievance: Failure to enter Data of apartment Rentals as per DHCR 2008-2011 RPIE Recorded Albany

CLERK OF COURT

Date: 6/18/12

Signature of Clerk or Deputy Clerk

Douglas C. Palmer

Housing Attorney: (Queens)
Ralph F. Cutrone
73-35 Myrtle Ave
Glendale, NY 11385
(718) 497-2534

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-3223

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Mailed to: Robert Jean-Michel
NYS office of Rent Administration
92-31 Union Hall St.
Jamaica, NY 11433

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/18/12

_____
Server's signature

Snezana Stankovic
Printed name and title
Property Residence Mgr

1717 Putnam Ave
Ridgewood, NY 11385
Server's address

Additional information regarding attempted service, etc: